IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHARLES WALTER HILL Jr., §
 §
VS. § CIVIL ACTION NO.4:08-CV-217-Y
 §
NATHANIEL QUARTERMAN, Director §
T.D.C.J., Correctional §
Institutions Division, §
    Respondent. §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Charles Walter Hill Jr. under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 29, 2008; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 15, 2008.

The Court, after **de novo** review, concludes that Respondent's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Charles Walter Hill Jr.'s petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED October 27, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE